FILED

CLERK OF COURT

2025 APR 24 AM 11: 16

SUPERIOR COURT
OF GUAM

IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM, )
)
          Plaintiff, )
)
vs. )
)
EUGENE PETER CHARGUALAF BLAS, )
)
          Defendant. )
)

CRIMINAL CASE NO. CF0845-24

DECISION AND ORDER:
ON DEFENDANT'S MOTION TO
RELEASE DEFENDANT ON PERSONAL
RECOGNIZANCE

This matter came before MAGISTRATE JUDGE SEAN E. BROWN on March 28, 2025 on a hearing to address Defendant's Motion to Release Defendant on Personal Recognizance. Attorney Chad Enoki represented Defendant. Assistant Attorney General Monty May represented the People of Guam. The Court ruled from the bench denying the motion. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following written Decision and Order documenting the ruling.

## BACKGROUND

Defendant filed the motion on February 20, 2025. The People of Guam then filed an Opposition on March 6, 2025.

## DISCUSSION

### I.    Courts Considerations

The Court looks to statutory guidance provided under 8 GCA §§ 40.15 and 40.20 when deciding the issue of release conditions. In consideration of the request, the Court learned that Defendant was attempting to obtain Third Party Custodians or Electronic Monitoring. The Defense informed the Court that a hotel room could be acquired to alleviate any concern that the Victim may be endangered by Defendant's release. Neither Party had adequate information about the proposed living situation for Defendant in comparison to where the Victim would be residing. As a result, the Court's concerns for the Victim's safety were not sufficiently resolved.

The Court will not grant Defendant's release at this time. Electronic Monitoring, if approved by probation, would be appropriate for Defendant's release if he will reside away from

the Victim. The Court would also consider Third Party Custodians. The Court reduced the amount of cash bail required to $5000.00 due to the lack of Defendant's criminal history. Until a cash bail is paid or other guarantees for the Victim's safety are provided to the Court, Defendant will be held. The Court further notes that Defendant is facing a life sentence if convicted and the allegations include multiple instances of sexual misconduct with a child under the age of fourteen.

Defendant shall continue to have no form of contact with the Victim.

## CONCLUSION

The Court, therefore, DENIES Defendant's Motion.

So ORDERED this 23rd day of April, 2025.

_____
HONORABLE SEAN E. BROWN
MAGISTRATE JUDGE, SUPERIOR COURT OF GUAM

**SERVICE VIA EMAIL**
I acknowledge that an electronic copy of the original was e-mailed to:

OAG & PDSC

Date: 4/24/25 Time: 11:15

Reinita M. Lindlau
Deputy Clerk, Superior Court of Guam